UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC et al.,<br><br>Defendants. | Case No. 3:26-cv-05673-TMC<br><br>ORDER GRANTING MOTION TO CONSOLIDATE |

Before the Court is self-represented plaintiff Shane Johnson's unopposed motion to consolidate the instant case and 3:26-cv-05038-TMC *Johnson v. Nationstar Mortgage LLC*. Dkt. 17. Having reviewed Mr. Johnson's motion and the complaints for each case, the Court GRANTS Mr. Johnson's motion and CONSOLIDATES both actions.

Under Federal Rule of Civil Procedure 42(a), a court may consolidate "actions before the court [that] involve a common question of law or fact." Courts have broad discretion to consolidate cases pending in the same district. *Garity v. APWU Nat'l Labor Org.*, 828 F.3d 848, 855–56 (9th Cir. 2016).

Here, the two cases concern common questions of law and fact. *See* Fed. R. Civ. P. 42(a). Both concern the same parties, Mr. Johnson and defendant Nationstar Mortgage LLC

("Nationstar"). Dkt. 1 at 1 (3:26-cv-05038-TMC); Dkt. 1-2 at 5 (3:26-cv-05673-TMC). Both concern the same loan. Dkt. 1-2 at 6 (3:26-cv-05673-TMC); Dkt. 1 ¶ 5 (3:26-cv-05038-TMC). Both concern the same property. Dkt. 1 ¶ 5 (3:26-cv-05038-TMC); Dkt. 1-2 at 5 (3:26-cv-05673-TMC). Both concern questions of law as to Nationstar's interest in the property. Dkt. 1 ¶¶ 5–6 (3:26-cv-05038-TMC); Dkt. 1-2 at 7 (3:26-cv-05673-TMC).

Additionally, consolidating the cases would serve "judicial economy," "expedite resolution of the case," and avoid "inconsistent results." 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2383 (3d ed., Apr. 2022 Update).

Accordingly, the Court hereby ORDERS:

1. 3:26-cv-05038-TMC *Johnson v. Nationstar Mortgage LLC* and 3:26-cv-05673-TMC *Johnson v. Nationstar Mortgage LLC et al* are CONSOLIDATED.
2. The pending motion to dismiss, Dkt. 9, 3:26-cv-05673-TMC, and its relevant briefing are to be re-docketed onto 3:26-cv-05038-TMC.
3. The Clerk is respectfully requested to administratively close *Johnson v. Nationstar Mortgage LLC et al.*, 3:26-cv-05673-TMC.
4. All future filings in this consolidated action must be filed under 3:26-cv-05038-TMC, with the following caption: *Johnson v. Nationstar Mortgage LLC,* 3:26-cv-05038-TMC.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 11th day of August, 2026.

Tiffany M. Cartwright
United States District Judge